IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KULANIE BENNETT,                               No. C-11-3708 TEH (PR)

           Petitioner,                    ORDER OF DISMISSAL

      v.

WARDEN TEWES, et al.

           Respondents.

_____/

        Petitioner, a federal prisoner currently incarcerated at Florence McClure Correctional Institution in Las Vegas, Nevada, has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254 "seeking a clear order on her 'supervised release' condition." Doc. #1. Petitioner is seeking to clarify the terms of her federal sentence, specifically whether she is required to complete her supervised release in a halfway house. Petitioner was sentenced by Judge Howard McKibben, of United States District Court of the District of Nevada. Petitioner's pro se petition is DISMISSED without prejudice to her filing a motion in her federal criminal case seeking clarification of her sentence.

The clerk is directed to terminate all pending motions as moot and close the file.

IT IS SO ORDERED.

DATED    *8/31/2011*  _____
THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\HC.11\Bennett-11-3708-dismiss-wo-prej.wpd

2